192 So. 586

**ALLEN v. STATE.**

**I Div. 67.**

Supreme Court of Alabama.

Dec. 21, 1939.

H. M. Aldridge and Sidney S. Pfleger, both of Mobile, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BROWN, Justice.

The defendant, appellant here, was convicted on his trial of the offense of murder in the second degree and, in accordance with the verdict of the jury, sentenced to a term of fifty years in the penitentiary.

The appeal is on the record proper, without bill of exception. The record and proceedings have been duly examined for errors, and finding none, the judgment of the circuit court will be affirmed.

Affirmed.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.